THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| LORI TESKE, and TERRI FRANKLIN,<br><br>Plaintiffs,<br><br>v.<br><br>PAPARAZZI, LLC; MISTY KIRBY; TRENT KIRBY; CHANTEL REEVE; and RYAN REEVE,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 4:22-cv-00035-DN-PK<br><br>District Judge David Nuffer |

Based on the parties' Stipulation of Dismissal ("Stipulation"),[1] and good cause appearing therefor,

IT IS HEREBY ORDERED that any and all claims in this action against Defendants are DISMISSED with prejudice. All parties shall bear their own costs and attorneys' fees.

The Clerk is directed to close the case.

Signed October 11, 2023.

BY THE COURT

_David Nuffer_
David Nuffer
United States District Judge

---

[1] Docket no. 83, filed Oct. 10, 2023.